# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

NILDA IVETTE CASTAÑEDA  *

  Plaintiff  *

  vs.  *  **Civil 97-2112 (PG)**

EFRAIN DEFENDINI, et al  *

  Defendants  *

-------------------------------------*

**ORDER TO SHOW CAUSE**

RECEIVED & FILED
'00 FEB 22 AM 6:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

It appears from the docket of this case that no action has been taken since August 2, 1999. Plaintiff's attorney, Hilda Surillo Pena, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of February, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72
(Rev 8/82)

