# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                           Date:   April 3, 2000

NILDA I. CASTAÑEDA GONZALEZ      *

   Plaintiff                                 *

vs.                                           *      Civil 97-2112 (PG)

EFRAIN DEFENDINI, et al           *

   Defendants                                *

By Order of the Court a pretrial conference in the above captioned case, is hereby set for **Wednesday, April 19, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                     Lida Isis Egelé
                                                     Courtroom Deputy

s/c:   Hilda Surillo
      Ricardo Ramírez Lugo
      Marcos Roman López
      José Rivera Cordero

