# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 19, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-2112 (PG) |

===================================================================

| | |
|---|---|
| NILDA IVETTE CASTAÑEDA GONZALEZ | Attorneys: Hilda SURILLO |
| vs. | |
| EFRAIN DEFENDINI, et al | José RIVERA CORDERO<br>Ricardo RAMIREZ LUGO |

===================================================================

PRETRIAL CONFERENCE held in chambers. The parties submitted individual Pretrial Orders. The Court returned them with instructions that they be consolidated into one final document.

The issue of whether Dr. Defendini has immunity or not is a complicated one and the parties will submit it in writing. The plaintiff will take the deposition of Dr. Defendini on April 26, 2000, in the afternoon. By May 19, 2000, the parties shall submit a stipulation of facts and simultaneous briefs as to the issue of Dr. Defendini's immunity.

Plaintiff's expert is cardiologist Dr. Bruce K. Lloyd. His deposition has not been taken. The plaintiff will submit a written settlement demand to the defendants today. The settlement would resolve both cases, the one here in federal court and the one in the state court.

32

Civil 97-2112 (PG)                                                                                          Page 2
April 19, 2000
================================================================

**A meeting in chambers is set for May 19, 2000, at 4:00 P.M.**

**Jury trial is set for September 25, 2000, at 9:00 A.M.**   The estimated trial length is of five days.

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel and Jury Clerk