UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**              **CASE NO. CIVIL 97-2112**

========================================================================

NILDA IVETTE CASTANEDA
GONZALEZ
                                              Attorneys:
                                              For
            VS
                                              For Defendant:
EFRAIN DEFENDINI

========================================================================

By Order of the Court the above-mentioned case is hereby set for status conference on **Monday, October 23, 2000 at 11:00 AM.**

Parties to be notified.

                                        _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY