UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: SEPTEMBER 21, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-2112**

==================================================================

NILDA CASTANEDA GONZALEZ            Attorneys:
                                    For Plaintiffs:

    VS
                                    For Defendant:
EFRAIN DEFENDINI

==================================================================

In view of the fact that this case has been assigned to Judge Garcia Gregory the trial setting scheduled by Judge Perez-Gimenez for Monday, **September 25, 2000 is hereby vacated and set aside. The case has been set for a status conference before Judge Garcia Gregory.**

Parties to be notified.

s/c: (5)    SEP 21 2000

                                    _____
                                    LILY ALICEA
                                    COURTROOM DEPUTY