# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CATAÑEDA-GONZALEZ

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 97-2112 (JAG)

DEFENDINI

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time for 7 Days to File Memo Addressing the Issue of Immunity (05/16/00); Motion to Extend Time for 1 Day to File Memorandum of Law (05/26/00); Motion to Extend Time Until 9/20/00 to Oppose to Motion for Summary Judgment (06/09/00) <br> **Dockets:** 33, 38, 40 <br> [x] **Plffs**   [ ] **Defts**   [ ] **Other** | **MOOT.** |

**Date:**  10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge

OCT - 6 2000