UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                          DATE:OCTOBER 12, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO.CIVIL 97-2112 (JAG)**

==================================================================

NILDA IVETTE CASTANEDA                     Attorneys:
                                           For Plaintiffs:

             VS

                                           For Defendant:

EFRAIN DEFENDINI

==================================================================

     Plaintiff's motion for continuance of status conference, #45

is hereby granted and the same is hereby rescheduled for **FRIDAY,**

**NOVEMBER 3, 2000 at 4:30 PM**

     Parties to be notified.

_____
              LILY ALICEA
              COURTROOM DEPUTY