```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS:              DATE:NOVEMBER 3,2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily ALICEA         CASE NO.CIVIL97-2112(JAG)
================================================================
NILDA CASTANEDA GONZALEZ
                                       Attorneys:HILDA
                                       SURILLO
            VS
                                       For Defendant:
EFRAIN DEFENDINI, ET                   RICARDO RAMIREZ LUGO
ALS.                                   JUAN CARLOS PONCE

================================================================
```

Case called for status conference. Theories of parties heard. Plaintiff states that she had made a written settlement demand. Court orders defendants to answer the demand within ten days and plaintiff is to reply ten days thereafter.

A motion for summary judgment is pending before the Court.

Court grants parties thirty days to inform of the settlement negotiations. A settlement conference is hereby scheduled for **Wednesday, December 13, 2000 at 3:30 PM. Principals are to be available for the conference.**

Parties to be notified.

s/cs:to ( 5 )
attys/pts
in ICMS

NOV 1 5 2000

_____
LILY ALICEA
COURTROOM DEPUTY