UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE JAY A. GARCIA-GREGORY

DATE: December 13, 2000
(4:10 p.m. to 4:40 p.m.)

COURTROOM DEPUTY:

CASE NO: 97-2112 (JAG)

---

NILDA I. CASTAÑEDA-GONZALEZ

v.

EFRAIN DEFENDINI, ET AL

**Attorneys for Plaintiffs:**

Hilda Surillo-Pena

**Attorneys for Defendants:**

José Rivera-Cordero
Ricardo Ramírez-Lugo

---

Settlement conference held. Counsel for defendants explains that certain issues regarding defendant Defendini and his insurance policy have stalled the settlement process thus far. Defendants shall have until **January 12, 2001** to determine whether a further settlement effort is likely. The parties shall jointly inform the Court, by **January 19, 2001**, whether they would like the Court to hold a further settlement conference, or whether they would prefer that the case continue its normal course.

DEC 1 8 2000

_____
Andrés W. López
Law Clerk