# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NILDA I. CATAÑEDA-GONZALEZ

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2112 (JAG)

EFRAIN DEFENDINI, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/28/01<br>**Title:** Motion to Request Resolution of Pending Motions and for Scheduling of Trial<br>**Dockets:** 49<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** The discovery period is hereby deemed concluded. In light of the defendants' apparent unwillingness to settle the case out of court, the only available course of action is to resolve the pending motion for summary judgment. A trial date shall be set following disposition of the motion. |

Date:  April 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


