IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILDA CASTAÑEDA

**Plaintiff(s)**

v.                                         CIVIL NO. 97-2112 (JAG)

DR. EFRAIN DEFENDINI, ET AL

**Defendant(s)**

---

## JUDGMENT

The Court has reviewed the Stipulation for voluntary dismissal with prejudice (Docket #51) filed by the parties and hereby enters judgment dismissing the complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge